UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-23215-CIV-Moore/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUISA GUASCH-LARA,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on plaintiff's Motion to Withdraw Motion for Rule to Show Cause previously entered in this cause. It appearing to the Court that the defendant has complied with this Court's Order dated June 12, 2006 requiring her to appear for deposition and to produce requested documents, it is hereby

ORDERED that the plaintiff's Motion to Withdraw Motion for rule to Show Cause is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of October, 2006.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge K. Michael Moore
Counsel of record

Luisa Guasch-Lara
4616 S.W. 136th Place
Miami, FL 33175